IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD GEORGE ALLEN,<br><br>Defendant. | No. CR-22-39-BLG-SPW<br><br>**ORDER** |

A status of counsel hearing was held on August 10, 2022.

For the reasons stated on the record, Defendant's request for new counsel is **DENIED**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 10th day of August, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1